UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. YOUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT BURTON, *et al.*,<br><br>  Defendants. | No. 2:22-cv-02231-TLN-JDP (PC)<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to comply with the court's July 31, 2023 order. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 14, is granted.

2. Plaintiff is granted until October 12, 2023, either to indicate his desire to proceed only with the claims identified in the court's order dated July 31, 2023, or to submit an amended complaint.

IT IS SO ORDERED.

Dated:  August 31, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28