UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. YOUNG, | No. 2:22-cv-02231-TLN-JDP (PC) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | ECF No. 16 |
| ROBERT BURTON, *et al.*, | |
| Defendants. | |

Plaintiff has filed a second motion for extension of time to comply with the court's July 31, 2023 order.[1] ECF No. 16. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 16, is granted.

2. Plaintiff is granted until December 1, 2023, either to indicate his desire to proceed only with the claims identified in the court's order dated July 31, 2023, or to submit an amended complaint.

3. The Clerk of Court is directed to send plaintiff a one-time copy of the July 31, 2023 order.

---

[1] Plaintiff seeks additional time because his box of legal documents has been missing since he moved institutions. In the event plaintiff is missing the court's screening order of his complaint, I will direct the Clerk of Court to provide plaintiff with a one-time copy of the July 31, 2023 order.

1

IT IS SO ORDERED.

Dated: __October 17, 2023__                         _/s/ Jeremy Peterson_
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE