Rob Bonta, State Bar No. 202668
Attorney General of California
Le-Mai D. Lyons, State Bar No. 285756
Acting Supervising Deputy Attorney General
Rachel Fisher, State Bar No. 315621
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9094
  Fax: (619) 645-2581
  E-mail: Rachel.Fisher@doj.ca.gov
*Attorneys for Defendants*
*E. Ho and J. Headrick*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE L. YOUNG,**<br><br>Plaintiff,<br><br>v.<br><br>**BURTON, et al.,**<br><br>Defendants. | 2:22-cv-02231-TLN-JDP<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' REQUEST TO VACATE THE SETTLEMENT CONFERENCE |

Defendants E. Ho and J. Headrick have requested the court vacate the settlement conference scheduled for May 7, 2024 because new information has recently been discovered that counsel believes would make a settlement conference unproductive at this time. Find good cause, the Court GRANTS Defendants' request and vacates the May 7, 2024 settlement conference. The Court will issue a case scheduling order.

IT IS SO ORDERED.

Dated: April 29, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE